IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ChrisKen Group, LLC, et al.,

Plaintiff(s),

v.

HAS Capital, LLC, et al.,

Defendant(s).

Case No. 16 C 8251
Judge William T. Hart

### ORDER

Status hearing held. This case is remanded to the Circuit Court of Cook County, Illinois, Law Division, Case No 2016 L 007891  Motions to dismiss [20][23] are moot. .

Date:  11/3/2016

/s/ William T. Hart
United States District Judge

(00:05)

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ JACQULINE HOLLIMON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
January 9, 2017